IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MONIQUE NICOLE LOPEZ, § | |
|     Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:12-CV-679-Y |
| § | |
| JOE KEFFER, Warden, § | |
| FMC-Carswell, § | |
|     Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Monique Nicole Lopez, along with the January 30, 2013 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until February 20 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Monique Nicole Lopez's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice for lack of exhaustion.

SIGNED February 28, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE